# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr60

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RODNEY W. PUETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petition of Roger Puett for Return of Firearms, filed October 2, 2009. [Doc. 32].

The Petitioner Roger Puett alleges that the firearms seized by the Burke County Sheriff's Department in connection with the prosecution of the Defendant Rodney W. Pruett were and are the property of the Petitioner, and that no time did the Petitioner give ownership or sell these firearms to the Defendant. Accordingly, the Petitioner asserts that he is entitled to the return of these firearms. [Doc. 32].

The Court determines that the Government should file a response to the Petition.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government shall file a response to the Petition of Roger Puett for Return of Firearms on or before **November 18, 2009**.

**IT IS SO ORDERED.**

Signed: October 30, 2009

Martin Reidinger
United States District Judge